Certificate Number: 05781-DE-DE-041527837

Bankruptcy Case Number: 26-11456

05781-DE-DE-041527837

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 6, 2026, at 8:54 o'clock AM PDT, Jefffrey Neal completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of Delaware.

Date: October 6, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President